FORM 9A. Notice of Related Case Information  Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number** 2024-1587
**Short Case Caption** TQ Delta, LLC v. CommScope Holding Company, Inc.
**Filing Party/Entity** TQ Delta, LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

TQ Delta, LLC v. CommScope Holding Company, Inc., et al., 2024-1588 (Fed. Cir.).

☐  Additional pages attached

FORM 9A. Notice of Related Case Information                              Form 9A (p. 2)
                                                                           March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---

TQ Delta, LLC
CommScope Holding Company, Inc.
CommScope Inc.
Arris International Limited
Arris Global Ltd.
Arris US Holdings, Inc.
Arris Solutions, Inc.
Arris Technology, Inc.
Arris Enterprises, LLC
SEE ATTACHED.

---

☑   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---

Peter J. McAndrews, Rajendra A. Chiplunkar and David Z. Petty of McAndrews Held & Malloy, Ltd. and Ashley M. Ratycz of MHM formerly of the firm.
Edward K. Chin, Anthony K. Bruster, Andrew J. Wright and Shawn A. Latchford of Bruster PLLC.
Christian J. Hurt formerly of the firm, Rudolph Fink IV, Ty William Wilson and William Ellsworth Davis, III of The Davis Firm, PC.
SEE ATTACHED.

---

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/04/2024                    Signature:  /s/ Peter J. McAndrews

                                    Name:       Peter J. McAndrews

## ATTACHMENT TO NOTICE OF RELATED CASES

| | |
|---|---|
| **Case Number:** | 2024-1587 |
| **Short Case Caption:** | TQ Delta, LLC v. CommScope Holding Company, Inc. |
| **Filing Party/Entity:** | TQ Delta, LLC |

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

ADDITIONALLY:

Avago Technologies International Sales Pte. Ltd.

Broadcom Incorporated

Broadcom Corporation

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

ADDITIONALLY:

Ross R. Barton, Darlena Subashi, Erin Beaton, Karlee Wroblewski, Katherine Donald, Katherine G. Rubschlager, Kirk T. Bradley, Mary I. Riolo, Matthew Scott Stevens, Michael C. Deane, Nicholas Marais, Stephen R. Lareau, Adam B. Ahnhut, Samuel Bragg and John D. Hayes of Alston & Bird.

Brett M. Schuman, Amadou K. Diaw, Amanda E. Stephenson, Andrew S. Ong, Christie Larochelle, Douglas J. Kline, Kathleen McGuinness, Lana S. Shiferman and Rachel Walsh of Goodwin Procter LLP

Deron R. Dacus of The Dacus Firm, PC.

Craig Lytle of Crowell & Moring

Elizabeth Danielle Thompson Williams, Emily Wilkinson, Marisa Thompson, Michael B. Johnson, Rex A. Mann, Thomas M. Melsheimer, William M. Logan and Matthew R. McCullough of Winston & Strawn LLP

Eric Hugh Findlay of Finlay Craft, P.C.

Daniel S. Young, Kenneth S. Chang and Kent T. Dallow of Quarles & Brady LLP

Melissa R. Smith of Gillam & Smith, LLP