FORM 8A. Entry of Appearance | Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1587

**Short Case Caption:** TQ Delta, LLC v. CommScope Holding Company, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

CommScope Holding Company Inc., CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., ARRIS Enterprises LLC

| | | |
|---|---|---|
| **Principal Counsel:** Brett M. Schuman | | Admission Date: 9/30/2003 |
| Firm/Agency/Org.: Goodwin Procter LLP | | |
| Address: Three Embarcadero Center, San Francisco, CA 94111 | | |
| Phone: (415) 733-6000 | | Email: BSchuman@goodwinlaw.com |
| **Other Counsel:** Andrew S. Ong | | Admission Date: 10/22/2013 |
| Firm/Agency/Org.: Goodwin Procter LLP | | |
| Address: 601 Marshall Street, Redwood City, CA 94063 | | |
| Phone: (650) 752-3100 | | Email: AOng@goodwinlaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 4/4/24

Signature: /s/ Brett M. Schuman

Name: Brett M. Schuman

FORM 8A. Entry of Appearance                                    Form 8A (p.2)
                                                                 July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Jesse Lempel | Admission Date: 1/17/2023 |
|---|---|
| Firm/Agency/Org.: Goodwin Procter LLP | |
| Address: 100 Northern Avenue, Boston, MA 02210 | |
| Phone: (617) 570-1000 | Email: JLempel@goodwinlaw.com |
| **Other Counsel:** Craig Lytle | Admission Date: 4/2/2024 |
| Firm/Agency/Org.: Goodwin Procter LLP | |
| Address: 1900 N Street, N.W., Washington, DC 20036 | |
| Phone: (202) 346-4000 | Email: CLytle@goodwinlaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |