FORM 9A. Notice of Related Case Information                    Form 9A (p. 1)
                                                                March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 24-1587

**Short Case Caption** TQ Delta, LLC v. CommScope Holding Company, Inc.

**Filing Party/Entity** CommScope Holding Company, Inc. et al. (full list in attachment)

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

TQ Delta, LLC v. CommScope Holding Company, Inc., No. 24-1588, U.S. Court of Appeals for the Federal Circuit

TQ Detla, LLC v. 2Wire, Inc., No. 13-cv-1835-RGA, U.S. District Court for the District of Delaware

☐     Additional pages attached

FORM 9A. Notice of Related Case Information                                Form 9A (p. 2)
                                                                            March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Pace Americas Inc.; Pace PLC; 2Wire Inc.; Broadcom Corporation

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

See attachment

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/04/2024

Signature: /s/ Brett M. Schuman

Name: Brett M. Schuman

# RELATED CASES ATTACHMENT

**Case No.** 24-1587

**Short Case Caption**: *TQ Delta, LLC v. CommScope Holding Company, Inc.*

**Filing Party/Entity**: CommScope Holding Company Inc., CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., ARRIS Enterprises LLC

**3. Names of all law firms, partners and associates in the cases listed above.**

Brian E. Farnan; Farnan LLP; Andrew B. Karp; Anna M. Targowska; Ari B. Lukoff; Ashley M. Ratycz; Benjamen C. Linden; David A. Prange; James P. Murphy; Kris Y. Teng; Michael J. Carrozza; Michael J. Farnan; Michael S. Tomsa; McAndrews, Held & Malloy; Paul W. McAndrews; Peter J. McAndrews; Rajendra A. Chiplunkar; Rosemary Jean Piergiovanni; Sharon A. Hwang; Sharon E. Roberg-Perez; Thomas J. Wimbiscus; Timothy J. Malloy; William E. Manske; Robins Kaplan LLP; Reed Smith LLP; Colm F. Connolly; Morgan Lewis & Bockius LLP; Ryan L. Scher; Jody Barillare; John V. Gorman; Amanda E. Stephenson; Cindy Chang; Ian Chen; Kathleen A. McGuinness; Monte Cooper; Rachel M. Walsh; Christine Dealy Haynes; Jeffrey L. Moyer; Richards, Layton & Finger, PA; Amanda Tessar; Elizabeth M. Manno; Venable LLP