FORM 26. Docketing Statement                                         Form 26 (p. 1)
                                                                     July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1587

**Short Case Caption:** TQ Delta, LLC v. CommScope Holding Company, Inc.

**Filing Party/Entity:** CommScope Holding Company, Inc. et al. (full list in attachment)

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Eastern District of Texas | 2:21-cv-00310-JRG | Patent infringement |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of all issues decided in CommScope's favor.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

TQ Delta was awarded $11,125,000.00 for infringement, plus prejudgment and post-judgment interest.

**Briefly describe the judgment/order appealed from:**

Judgment that CommScope infringed certain of TQ Delta's patents but did not infringe others; that certain of TQ Delta's patents are invalid but others are valid; and that TQ Delta did not breach contractual duty to grant licenses regarding its Standard Essential Patents on fair, reasonable, and non-discriminatory terms.

**Nature of judgment (select one):**        **Date of judgment:** 5/3/23

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

TQ Delta, LLC v. CommScope Holding Company, Inc., No. 24-1588

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the jury's verdict that CommScope did not infringe Claim 14 of U.S. Patent No. 8,090,008, and that Claim 36 of U.S. Patent No. 7,570,686 and Claim 10 of U.S. Patent No. 8,462,835 are invalid, was supported by sufficient evidence.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes  ☐ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☑ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☑ Yes    ☐ No

If they were mediated, by whom?

Hon. David Folsom (Ret.)

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No
Explain.

Efforts to resolve the case outside of litigation have not been successful as the parties remain too far apart to warrant further mediation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 4/4/24              Signature: /s/ Brett M. Schuman

                          Name: Brett M. Schuman

Save for Filing

# **DOCKETING STATEMENT ATTACHMENT**

**Case No.** 24-1587

**Short Case Caption**: *TQ Delta, LLC v. CommScope Holding Company, Inc.*

**Filing Party/Entity**: CommScope Holding Company Inc., CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., ARRIS Enterprises LLC