

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 9, 2024

**NOTICE OF REVISED CAPTION**

Re: TQ Delta, LLC v. CommScope Holding Company, Inc., Appeal No. 2024-1587

The court's official caption has been revised .

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

Sincerely,

Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

**TQ DELTA, LLC,**
*Plaintiff-Appellant*

v.

**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS U.S. HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES LLC,**
*Defendants-Cross-Appellants*

**AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, BROADCOM INCORPORATED, BROADCOM CORPORATION,**
*Defendants/Third Party Plaintiffs/Counterclaimants*

## Short Caption

TQ Delta, LLC v. CommScope Holding Company, Inc.