| | |
|---|---|
| **FORM 9A. Notice of Related Case Information** | **Form 9A (p. 1)**<br>**March 2023** |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 2024-1587; 2024-1588

**Short Case Caption** TQ Delta, LLC v. CommScope Holding Company, Inc.

**Filing Party/Entity** TQ Delta, LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

TQ Delta, LLC v. 2Wire, Inc., No. 14-cv-01835 (DED); and

TQ Delta, LLC v. ADTRAN Inc., No. 14-cv-00954 (DED).

☐   Additional pages attached

FORM 9A. Notice of Related Case Information                                Form 9A (p. 2)
                                                                            March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---
TQ Delta, LLC
CommScope Holding Company, Inc.
CommScope Inc.
Arris International Limited
Arris Global Ltd.
Arris US Holdings, Inc.
Arris Solutions, Inc.
Arris Technology, Inc.
Arris Enterprises, LLC
SEE ATTACHED.
---

☑   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---
Peter J. McAndrews, Rajendra A. Chiplunkar, David Z. Petty, Andrew B. Karp, Michael J. Carrozza, Michael S. Tomsa, Paul W. McAndrews, Sharon A. Hwang, and Thomas J. Wimbiscus of McAndrews Held & Malloy, Ltd. and Ashley M. Ratycz and Anna M. Targowska of MHM formerly of the firm.

Edward K. Chin, Anthony K. Bruster, Andrew J. Wright and Shawn A. Latchford of Bruster PLLC.

SEE ATTACHED.
---

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/03/2024                    Signature:  /s/ Peter J. McAndrews

                                    Name:       Peter J. McAndrews

## ATTACHMENT TO NOTICE OF RELATED CASES

| | |
|---|---|
| Case Number: | 2024-1587; 2024-1588 |
| Short Case Caption: | TQ Delta, LLC v. CommScope Holding Company, Inc. |
| Filing Party/Entity: | TQ Delta, LLC |

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

ADDITIONALLY:

Avago Technologies International Sales Pte. Ltd.

Broadcom Incorporated

Broadcom Corporation

Broadcom Limited

2Wire, Inc.

Pace Ltd.

Pace Americas, LLC

ADTRAN, Inc.

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

ADDITIONALLY:

Christian J. Hurt formerly of the firm, Rudolph Fink IV, Ty William Wilson and William Ellsworth Davis, III of The Davis Firm, PC.

Ross R. Barton, Darlena Subashi, Erin Beaton, Karlee Wroblewski, Katherine Donald, Katherine G. Rubschlager, Kirk T. Bradley, Mary I. Riolo, Matthew Scott Stevens, Michael C. Deane, Nicholas Marais, Stephen R. Lareau, Adam B. Ahnhut, Samuel Bragg and John D. Hayes of Alston & Bird (or formerly of the firm)

Brett M. Schuman, Amadou K. Diaw, Amanda E. Stephenson, Andrew S. Ong, Christie Larochelle, Douglas J. Kline, Kathleen McGuinness, Lana S. Shiferman, Amanda E. Stephenson, Anjali Moorthy, Cindy Chang, Ian Chen, Jenny J. Zhang, Monte M.F. Cooper and Rachel Walsh of Goodwin Procter LLP (or formerly of the firm)

Deron R. Dacus of The Dacus Firm, PC.

Craig Lytle formerly of Crowell & Moring

Elizabeth Danielle Thompson Williams, Emily Wilkinson, Marisa Thompson, Michael B. Johnson, Rex A. Mann, Thomas M. Melsheimer, William M. Logan and Matthew R. McCullough of Winston & Strawn LLP (or formerly of the firm)

Eric Hugh Findlay of Finlay Craft, P.C.

Daniel S. Young, Kenneth S. Chang and Kent T. Dallow of Quarles & Brady LLP

Melissa R. Smith of Gillam & Smith, LLP

Brian E. Farnan, Michael J. Farnan, and Rosemary J. Piergiovanni of Farnan LLP

Ari B. Lukoff, Benjamen C. Linden, David A. Prange, Kris Y. Teng, Sharon E. Roberg-Perez, and William E. Manski of Robins Kaplan LLP (or formerly of the firm)

Amanda J. Tessar and Elizabeth M. Manno of Perkins Coie (or formerly of the firm)

Christine D. Haynes and Jeffrey L. Moyer of Richards Layton & Finger

Colm F. Connolly, Jody C. Barillare, John V. Gorman, and Ryan L. Scher of Morgan, Lewis & Bockius (or formerly of the firm)

Angela Holt, Benn C. Wilson, David W. Holt, Jake M. Gipson, Jeffrey D. Dyess, John E. Goodman, Jonathan C. Rudy Hill, Paul M. Sykes, and Scott B. Smith of Bradly Arant Boult Cummings (or formerly of the firm)

Cortlan S. Hitch and Kenneth L. Dorsney of Morris James LLP

Anne M. Cappella, Garland T. Stephens, Jeremy Jason Lang, Justin L. Constant, Melissa LaRue Hotze, and Rene E. Mai of Weil Gotshal & Manges (or formerly of the firm)