FORM 8A. Entry of Appearance                                       Form 8A (p.1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-1587; 2024-1588

**Short Case Caption:** TQ Delta, LLC v. CommScope Holding Company, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

TQ Delta, LLC

| **Principal Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

| **Other Counsel:** Jeffrey A. Lamken | Admission Date: 12/30/2004 |
|---|---|
| Firm/Agency/Org.: MoloLamken LLP | |
| Address: 600 New Hampshire Avenue NW, Suite 500, Washington, DC 20037 | |
| Phone: (202) 556-2010 | Email: jlamken@mololamken.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/6/24            Signature: /s/ Jeffrey A. Lamken

                        Name: Jeffrey A. Lamken

**FORM 8A. Entry of Appearance**  Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Rayiner I. Hashem | Admission Date: 05/30/2017 |
| Firm/Agency/Org.: MoloLamken LLP | |
| Address: 600 New Hampshire Avenue NW, Suite 500, Washington, DC 20037 | |
| Phone: (202) 556-2024 | Email: rhashem@mololamken.com |
| **Other Counsel:** Jennifer Elizabeth Fischell | Admission Date: 01/29/2019 |
| Firm/Agency/Org.: MoloLamken LLP | |
| Address: 600 New Hampshire Avenue NW, Suite 500, Washington, DC 20037 | |
| Phone: (202) 556-2007 | Email: jfischell@mololamken.com |
| **Other Counsel:** Elizabeth K. Clarke | Admission Date: 02/01/2021 |
| Firm/Agency/Org.: MoloLamken LLP | |
| Address: 300 North LaSalle Street, Suite 5350, Chicago, IL 60654 | |
| Phone: (312) 450-6704 | Email: eclarke@mololamken.com |
| **Other Counsel:** Catherine Martinez | Admission Date: 08/25/2023 |
| Firm/Agency/Org.: MoloLamken LLP | |
| Address: 430 Park Avenue, New York, NY 10022 | |
| Phone: (212) 607-8152 | Email: cmartinez@mololamken.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |